1  MORGAN, LEWIS & BOCKIUS LLP
   L. JULIUS M. TURMAN, State Bar No. 226126
2  ADELMISE ROSEMÉ WARNER, State Bar No. 215385
   KATHERINE DICK, State Bar No. 273688
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel.:  415.442.1000
   Fax:   415.442.1001
5  jturman@morganlewis.com
   adelmise.warner@morganlewis.com
6  kdick@morganlewis.com

7  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER CORPORATION
8  d/b/a AMTRAK

9
   CLAUDIA CENTER, STATE BAR NO. 158255
10 JINNY KIM, STATE BAR NO. 208953
   RACHAEL LANGSTON, STATE BAR NO. 257950
11 THE LEGAL AID SOCIETY – EMPLOYMENT LAW
   CENTER
12 180 Montgomery St, Suite 600
   San Francisco, CA 94104
13 Phone: (415) 864-8848
   Facsimile: (415) 593-0096
14 center@las-elc.org
15 jkim@las-elc.org
16 rlangston@las-elc.org

17 Attorneys for Plaintiff
   JOSEPH RIVERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RIVERS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　Defendant | Case No. C 12-06157 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JUDICIAL REASSIGNMENT OF THIS CASE FOR ALL PURPOSES**<br><br>L.R. 7-12 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 73938284.1

STIPULATION AND [PROPOSED] ORDER
REGARDING JUDICIAL REASSIGNMENT
(C 12-06157 JSW)

Pursuant to L.R. 7-12, and the Court's Civil Minute Order, issued on April 15, 2013, Plaintiff Joseph Rivers ("Plaintiff") and Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Defendant") (collectively, the "Parties") hereby stipulate, by and through their respective counsel, as follows:

WHEREAS, the above captioned case is currently assigned to United States District Judge Jeffrey S. White;

WHEREAS, following the initial case management conference on April 12, 2013, counsel for the Parties conferred with their clients regarding reassignment of this case to a United States Magistrate Judge for all purposes;

WHEREAS, the Parties are willing to stipulate to the reassignment of this case, for all purposes, to a United States Magistrate Judge jointly selected by the Parties;

WHEREAS, the Parties have met and conferred and jointly agreed to the reassignment of this case, for all purposes, to the Honorable Jacqueline Scott Corley, United States Magistrate Judge;

THEREFORE, the Parties stipulate to the reassignment of this case, for all purposes, to Magistrate Judge Jacqueline Scott Corley.

IT IS SO STIPULATED.

Dated: April 18, 2013          MORGAN, LEWIS & BOCKIUS LLP


By _____/s/ Adelmise R. Warner_____
          Adelmise R. Warner

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A AMTRAK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
REGARDING JUDICIAL REASSIGNMENT
(C 12-06157 JSW)

DB1/ 73938284.1

Dated: April 18, 2013

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

By  /s/ Jinny Kim
Jinny Kim

Attorneys for Plaintiff
JOSEPH RIVERS

### FILER'S ATTESTATION

I, Adelmise R. Warner, am the ECF user whose identification and password are being used to file Defendant National Railroad Passenger Corporation aka Amtrak's, as well as Plaintiff Joseph Rivers', Stipulation Regarding Judicial Reassignment. In compliance with L.R. 5-1(i)(3), I hereby attest that Jinny Kim concurs in this filing.

/s/ Adelmise R. Warner
Adelmise R. Warner
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION aka AMTRAK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: APRIL 19, 2013

HON. JEFFREY S. WHITE
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 73938284.1

2

STIPULATION AND [PROPOSED] ORDER
REGARDING JUDICIAL REASSIGNMENT
(C 12-06157 JSW)